# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P. O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

CURTIS C. REDING
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

June 12, 2015

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #1934814 for $12,883.14 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| RITA JO BARNES<br>09-81155-WRS | RITA JO BARNES<br>703 KILGORE AVE<br>OPELIKA, AL, 36801 | $0.33 |
| CHRISTOPHER D MORGAN<br>09-81642-WRS | CHRISTOPHER D MORGAN<br>3223 INGRAM PATH<br>SAN ANTONIO, TX, 78234 | $69.29 |
| XAVIER S GRACE<br>09-12215-WRS | CIT GROUP/EQUIPMENT FINANCE<br>1540 WEST FOUNTAINHEAD PKWY<br>TEMPE, AZ, 85282 | $1,037.90 |
| DAN EDWARD WILLIAMS JR<br>NAKESHA BARLOW WILLIAMS<br>09-32959-DHW | RBC BANK<br>P O BOX 869<br>BUFFALO, NY, 14240-0869 | $29.00 |
| KELITA L MOORE<br>09-12351-WRS | DELL FINANCIAL SERVICES<br>P O BOX 6403<br>CAROL STREAM, IL, 60197-6403 | $72.09 |
| LONNIE D GRANT<br>TOMIKA V GRANT<br>09-33311-DHW | ALABAMA GYNECOLOGY ASSOCIATES<br>C/O HOLLOWAY CREDIT SOLUTIONS<br>P O BOX 230609<br>MONTGOMERY, AL, 36123-5609 | $14.05 |
| DAVID A TANNER JR<br>LORIE M TANNER<br>10-30639-DHW | U S DEPT OF EDUCATION<br>P O BOX 530260<br>ATLANTA, GA, 30353-0260 | $3,021.55 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| ROBBIE J ENFINGER<br>10-10482-WRS | JEAN SENECAL MD<br>LEWIS BRACKIN FLOWERS AND JOHNSON<br>ATTYS<br>P O BOX 1165<br>DOTHAN, AL, 36302 | $22.72 |
| SHANE A CHAMBERS<br>10-80574-WRS | SHANE A CHAMBERS<br>2227 DADEVILLE RD<br>ALEXANDER CITY, AL, 35010 | $4.37 |
| JOSEPHINE FREEMAN<br>10-31623-DHW | LANDMARK ASSET RECEIVABLES MGT LLC<br>C/O GREEN TREE SERVICING LLC<br>P O BOX 0049<br>PALATINE, IL, 60055 | $262.93 |
| KENNETH B KEITH<br>VICKIE CARLILES KEITH<br>10-80955-WRS | CAPITAL ONE AUTO FINANCE<br>C/O ASCENSION CAPITAL GROUP<br>P O BOX 201347<br>ARLINGTON, TX, 76006 | $44.37 |
| ROGER L GUILFORD<br>10-11267-WRS | BANK OF AMERICA NA<br>P O BOX 660933<br>DALLAS, TX, 75266-0933 | $2,630.82 |
| JASON DION CALHOUN<br>10-81084-WRS | JASON DION CALHOUN<br>118 BRYDEN TERRACE<br>HAMDEN, CT, 06517 | $6.88 |
| JACQUELINE D DOZIER<br>10-11446-WRS | ONLINE COLLECTIONS<br>RE: COASTAL ELECTRIC<br>PO BOX 1489<br>WINTERVILLE, NC, 28590 | $22.66 |
| ROSE MCCLAIN<br>10-11604-WRS | PLANTATION BILLING CENTER<br>P O BOX 189016<br>PLANTATION, FL, 33318-9016 | $0.24 |
| ROSE MCCLAIN<br>10-11604-WRS | KHEAA<br>P O BOX 798<br>FRANKFORT, KY, 40602-0798 | $147.70 |
| DAVID GAY<br>TRACY GAY<br>10-11610-WRS | ALLTEL COMMUNICATIONS<br>1 ALLIED DR<br>LITTLE ROCK, AR, 72202 | $46.81 |
| TONY L BROWN<br>CARINBINI S BROWN<br>10-32290-DHW | PLS LOAN STORE<br>202 S MEMORIAL DR<br>PRATTVILLE, AL, 36067 | $6.54 |
| STEVEN L BURDEN<br>KONIKWA Z BURDEN<br>10-32306-DHW | PLS LOAN STORE<br>4102 HIGHWAY 14 E<br>MILLBROOK, AL, 36054 | $162.90 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| JOSEPH G NELSON<br>DEBRA L NELSON<br>10-11799-WRS | DFAS-IN/DEBT AND CLAIMS<br>DEPT. 3300 ATTN: CUSTOMER SERVICE C<br>8899 EAST 56TH STREET<br>INDIANAPOLIS, IN,   46249-3300 | $2.37 |
| DIANNE FERRELL<br>10-32612-DHW | SOLOMON FINANCE INC.<br>C/O COLLECTION PROFESSIONAL SVCS<br>36101 BOB HOPE DR, #E5-302<br>RANCHO MIRAGE, CA,   92270-2001 | $28.48 |
| STELLA M BROWN<br>10-81656-WRS | STELLA M BROWN<br>2900 19TH PLACE APT C3<br>VALLEY, AL,   36854 | $3.95 |
| DELLA SIMS<br>TRAVIS SIMS<br>10-81731-WRS | CAPITAL ONE AUTO FINANCE<br>C/O ASCENSION CAPITAL GROUP<br>P O BOX 201347<br>ARLINGTON, TX,   76006 | $32.92 |
| ROOSEVELT WOODS III<br>ROLANDA DENISE WOODS<br>10-33100-DHW | US DEPARTMENT OF EDUCATION<br>PAYMENT CENTER<br>P O BOX 530260<br>ATLANTA, GA,   30353-0260 | $703.03 |
| JEFFREY BRYON MINOR<br>10-33184-DHW | CREDIT CENTRAL<br>700 E NORTH ST STE 15<br>GREENVILLE, SC,   29601 | $0.03 |
| LAKEYSHA YOUNG<br>10-33391-DHW | LAKEYSHA YOUNG<br>1101 ROSA L PARKS AVE<br>MONTGOMERY, AL,   36108 | $1.46 |
| WILLIE DAVID HENDERSON<br>10-82064-WRS | WILLIE DAVID HENDERSON<br>198 LEE RD 2101<br>OPELIKA, AL,   36804-2083 | $1.70 |
| THERRY K SCOTT<br>11-10182-WRS | ALLTEL<br>ONE ALLIED DR BLDG 4 3RD FLOOR<br>LITTLE ROCK, AR,   72202-2099 | $132.96 |
| JOHN A WILSON<br>LISA D WILSON<br>11-10334-WRS | JOHN A WILSON<br>LISA D WILSON<br>302 BRUSHFIRE DR<br>DOTHAN, AL,   36305 | $83.78 |
| STACEY N REED<br>11-80588-WRS | STACEY N REED<br>626 FRANK HALL ST<br>WEST POINT, GA,   31833 | $165.00 |
| JARROD NATHANIEL HEADLEY<br>11-31357-DHW | PAY DAY LOAN STORE<br>202A MEMORIAL DR S<br>PRATTVILLE, AL,   36067 | $17.48 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| JAN RAY<br>11-80801-WRS | JAN RAY<br>606 HILLTOP APTS<br>LAFAYETTE, AL, 36862-2653 | $2.63 |
| JEFFRY WAYNE MARTIN<br>11-81290-WRS | JEFFRY WAYNE MARTIN<br>3515 SUMMERVILLE RD APT 125<br>PHENIX CITY, AL, 36867 | $44.46 |
| AMANDA M BRACKIN<br>11-11855-WRS | AMANDA M BRACKIN<br>912 CO RD 51<br>COLUMBIA, AL, 36319 | $2.91 |
| AARON MILLER<br>TONYA MILLER<br>11-11953-WRS | AARON MILLER<br>TONYA MILLER<br>918 YORK TOWN RD<br>DOTHAN, AL, 36301 | $1.04 |
| JOHN JONES<br>11-32891-DHW | JOHN JONES<br>155 OWENS DR SOUTH<br>HOPE HULL, AL, 36043 | $52.00 |
| CHRISTAL TONIKA PERRY<br>12-80679-WRS | CHRISTAL TONIKA PERRY<br>5865 OAKS DR APT 203<br>TAMPA, FL, 33624 | $159.00 |
| MARY J JONES<br>12-80253-WRS | MARY J JONES<br>144 LEE RD 855<br>PHENIX CITY, AL, 36870 | $35.51 |
| CYNTHIA J STEPHENSON<br>12-10832-WRS | CYNTHIA J STEPHENSON<br>1219 HWY 166<br>ELBA, AL, 36323 | $2,810.37 |
| SHIRLEY S MEADOWS<br>12-31320-DHW | SHIRLEY S MEADOWS<br>4505 HURLSTON DR<br>MONTGOMERY, AL, 36116 | $1.35 |
| LEAH C GODWIN<br>12-31873-DHW | LEAH C GODWIN<br>1359 HALSO MILL RD<br>GREENVILLE, AL, 36037 | $55.00 |
| SYLENIA MCDANIEL<br>12-81951-WRS | SYLENIA MCDANIEL<br>165 RENFROE RD<br>UNION SPRINGS, AL, 36089 | $1.44 |
| JERMAINE TERELL SMITH<br>12-33408-DHW | JERMAINE TERELL SMITH<br>1925 WAYCREST ST APT 1206<br>ATLANTA, GA, 30331 | $197.00 |
| JOSEPH PARKS<br>BESSIE LEE PARKS<br>13-30086-DHW | JOSEPH PARKS<br>BESSIE LEE PARKS<br>7350 BLANDING BLVD APT 2<br>JACKSONVILLE, FL, 32244 | $336.00 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| KENNETH LAMAR BLACKBURN<br>14-30169-DHW | KENNETH LAMAR BLACKBURN<br>5509 WOODLAWN RD<br>RED LEVEL, AL,   36474 | $209.00 |
| TYLER RAY MONTGOMERY<br>14-30882-DHW | TYLER RAY MONTGOMERY<br>866 FAIRVIEW AVE<br>PRATTVILLE, AL,   36066 | $199.12 |

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Curtis C. Reding
Chapter 13 Trustee
CCR/BH