The relief described hereinbelow is SO ORDERED

Done this 20th day of January, 2017.



**William R. Sawyer**
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re:
XAVIER S. GRACE                                       Chapter   13
  Debtor(s)                                           Case No. 09-12215

## ORDER TO TURNOVER FUNDS

Upon consideration of the Application for Payment of Unclaimed Funds filed on September 2, 2016 (Doc. 58), it is hereby

ORDERED that the Clerk of the United States Bankruptcy Court is directed to submit to the United States District Court, Middle District of Alabama, a voucher for payment of $1,037.90 to the claimant as follows:

>                               CIT Group, Inc./
>                               Equipment Financing, Inc.
>                               280 Summer St.
>                               Suite 400
>                               Boston, MA  02210

###END OF ORDER###

c: Debtor
   Debtor's Attorney
   Chapter 13 Trustee
   CIT Group, Inc., Barrie Saltzman, One CIT Drive, Mail Stop 2108-A, Livingston, NJ 07039-5703
   Kim Sawyer, Esq., 280 Summer Street, Suite 400, Boston, MA 02210
   U.S. Attorney



Submitted by:
Janet Clark